**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| DR. KARL VON BATTEN,<br><br>Plaintiff,<br><br>v.<br><br>BOLA AHMED TINUBU, THE FEDERAL GOVERNMENT OF THE REPUBLIC OF NIGERIA, AMBASSADOR CHIEF FEMI FANI-KAYODE, AND DCI GROUP AZ, LLC.<br><br>Defendants. | Civil Action No.<br>1:26-cv-03374-RDM |

**NOTICE OF APPEARANCE**

Please enter the appearance of Brian A. Hill of Nixon Peabody LLP as counsel for Defendant DCI Group AZ, LLC in the above-captioned matter.

Dated: October 22, 2026

**NIXON PEABODY LLP**

*/s/Brian A. Hill*
Brian A. Hill (Bar No.456086)
Nixon Peabody LLP
799 9th Street NW
Suite 500
Washington, DC 20001
bhill@nixonpeabody.com
(202) 236-5098

*Attorney for Defendant DCI Group AZ, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 22, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and that I caused a copy to be served by first-class U.S. mail on Plaintiff Dr. Karl Von Batten, who is proceeding pro se, at 1300 Pennsylvania Avenue NW, Suite 700, Washington, DC 20004.

Dated: October 22, 2026

**NIXON PEABODY LLP**

*/s/ Brian A. Hill*

Brian A. Hill (Bar No. 456086)
Nixon Peabody LLP
799 9th Street NW
Suite 500
Washington, DC 20001
bhill@nixonpeabody.com
(202) 236-5098

*Attorney for Defendant DCI Group AZ, LLC*